Jackson *v.* Philadelphia Transportation
Company, Appellant.

Argued November 20, 1968. Before BELL, C. J.,
JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James Conwell Welsh,* for appellant.

*George A. D'Angelo,* with him *Truscott and Eris-
man,* for appellee.

OPINION PER CURIAM, January 15, 1969:

Plaintiff recovered a verdict for personal injuries
he sustained as a result of being struck by one of de-
fendant's buses. Plaintiff was working in a ditch on
Columbia Avenue in Philadelphia when the rear wheel
of a bus drove partially over the ditch and struck
plaintiff as he raised himself up to throw a shovelful
of dirt out of the ditch. Defendant requests judgment
n.o.v. on the grounds that defendant was not negligent
and, in any event, plaintiff was guilty of contributory
negligence as a matter of law.

The evidence as to defendant's negligence and plain-
tiff's contributory negligence was conflicting, and
therefore the issues were for the jury.

Judgment affirmed.